**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2259**

MARY ROSLYN MIXON,

              Plaintiff - Appellant,

       v.

CHARLOTTE MECKLENBURG SCHOOLS,

              Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:11-cv-00228-MOC-DSC)

Submitted: May 24, 2012                    Decided: May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mary Roslyn Mixon, Appellant Pro Se. Mary H. Crosby, Stacy Kaplan Wood, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Roslyn Mixon appeals the district court's order adopting the magistrate judge's report and recommendation, granting the Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mixon v. Charlotte Mecklenburg Schs.</u>, No. 3:11-cv-00228-MOC-DSC (W.D.N.C. Oct. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>